# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00479-CR

**Ex parte Richard Asa Todd, Appellant**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 11-07348-3, HONORABLE DOUG ARNOLD, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Richard Asa Todd seeks to appeal the trial court's denial of his application for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.072, § 8. The clerk's record contains a trial court certification reflecting that appellant has waived his right to appeal. However, that certification relates to appellant's judgment of conviction, not the order denying the application for habeas corpus. The clerk's record does not contain the required trial court certification of appellant's right of appeal concerning the order denying habeas relief, which is the order appellant seeks to appeal here. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification). Accordingly, we abate this appeal and remand the case to the trial court for entry of a certification of appellant's right of appeal from the order denying habeas corpus relief as required by Rule 25.2(a)(2). *See* Tex. R. App. P. 25.2(a)(2), 44.4. A supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than September 18, 2014. *See* Tex. R. App. P. 34.5(c)(2).

Before Chief Justice Jones, Justices Pemberton and Rose

Abated and Remanded

File:   September 4, 2014

Do Not Publish